JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| TIMOTHY L. SMITH,<br><br>   Plaintiff,<br><br>   v.<br><br>CAROLYN COLVIN, Acting Commissioner of Social Security,<br><br>   Defendant. | Case No. CV 13-2836-DFM<br><br>JUDGMENT |

  In accordance with the Memorandum Opinion and Order filed herewith,

  IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is affirmed and this action is dismissed with prejudice.

Dated: March 12, 2014

_____
DOUGLAS F. McCORMICK
United States Magistrate Judge